OCTOBER 13, 1969

No. 2. PUBLIC UTILITY DISTRICT No. 1 OF PEND OREILLE COUNTY *v.* CITY OF SEATTLE; and

No. 3. CITY OF SEATTLE *v.* PUBLIC UTILITY DISTRICT No. 1 OF PEND OREILLE COUNTY. C. A. 9th Cir. Petitions for writs of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *A. L. Newbould* and *Richard S. White* for the City of Seattle in both cases. *Clarence C. Dill, William G. Ennis,* and *Bennett Boskey* for Public Utility District No. 1 of Pend Oreille County in both cases. *Solicitor General Griswold* filed a memorandum for the United States as *amicus curiae,* by invitation of the Court, 390 U. S. 935, in opposition to the petitions. Reported below: 382 F. 2d 666.